At law. Assumpsit [by Beatty's administrator against Van Ness, administrator of Burnes] for money had and received, brought under the act of Maryland of 1791, (chapter 45, § 5,) to try the title to some city lots claimed by plaintiff's intestate.

The defendant, after the rule-day, moved to file the plea of limitations, upon his affidavit that he ordered the pleas to be filed by his attorney before the rule-day; that this attorney was absent attending the trial of Wilkinson; that Burnes had been in possession more than twenty years, &c.

THE COURT, (nem. con.,) upon this affidavit, permitted the plea to be filed, considering it a fair defence under the circumstances.

[NOTE. Upon the trial of this cause, the jury found a verdict for defendant, and, on writ of error, the supreme court affirmed the judgment of the circuit court, treating the case upon its merits. Beatty v. Burnes, 8 Cranch, (12 U. S.) 98.]